## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Hoa Thi Do, *et al.*,<br>　　　　　　Plaintiffs,<br>　v.<br>Formosa Plastics Corporation, U.S.A., *et al.*,<br>　　　　　　Defendants. | Civil Action No. 19-14390 (ES) (MAH)<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the Dismissal and Tolling Agreement entered into by Plaintiffs and Defendants Formosa Plastics Corporation, U.S.A., Formosa Plastics Corporation, and Susan Wang, Plaintiffs hereby dismiss the above-captioned matter without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: April 16, 2019

Respectfully submitted,

*/s/Marco Simons*

Marco Simons,
LAW OFFICES OF MARCO SIMONS
1050 Connecticut Ave #65225
Washington, DC 20035
Telephone: (917) 696-3304
marco.b.simons@gmail.com

Judith Brown Chomsky
LAW OFFICES OF JUDITH CHOMSKY
8120 New 2nd Street
Elkins Park, PA 19027
Telephone (215) 266-717
Facsimile: (866) 216-4358
judithchomsky@icloud.com

*Counsel for Plaintiffs*